IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | Criminal No- 10- _3/3_ (ADC) |
| v. | SEALED |
| RICHARD PALMA<br>Defendants | Title 18 United States Code § 2320 and 2;<br>Title 18 United States Code § 1956<br>Title 18 United States Code § 982<br>Criminal Forfeiture |

**INDICTMENT**

THE GRAND JURY CHARGES

COUNT ONE
Aiding and Abetting in Trafficking Counterfeit Goods

Beginning in or about the year 2005, until the date of this indictment, in the District of Puerto Rico, New York, China, and elsewhere within the jurisdiction of this Court,

RICHARD PALMA

the defendant herein, aiding and abetting others, know and unknown to the Grand Jury, not indicted herein, did intentionally traffic, and attempt to traffic, in one or more of the following: labels, patches, stickers, wrappers, badges, emblems of any type or nature, knowing that counterfeit marks have been applied thereto, the use of which counterfeit marks is likely to cause confusion, to cause mistake or to deceive, spurious marks identical with and substantially indistinguishable from Cartier®, Breitling®, Bvlgari®, Ferrari®, Hublot®, Omega®, Gucci®, Rado®, Rolex® genuine marks, that were in use and registered on the principal register of the United States Patent and Trademark Office for those goods, in violation of Title 18, United States Code Section, 2320(a) and 2.

Indictment
N.Y. Canal Street/Palma
page 2

## COUNT TWO
### Money Laundering
### Title 18 United States Code § 1956 (a)(2)(A) and (h)

From on or about January 19, 2006 to in or about Decembe, 2009, in the District of Puerto Rico, New York, China, and elsewhere within the jurisdiction of this Court,

### RICHARD PALMA

the defendant herein, did confederate with each other and with other persons both known and unknown to the Grand Jury, did transmit and attempt to transmit monetary instruments, funds, that is wire transfers in U.S. Currency, from a place in the United States, that is Puerto Rico, and New York, to a place outside the United States, that is, Hong Kong, with the intent to promote the carrying on of specified unlawful activity, that is, traffic and attempt to traffic counterfeit merchandise in violation of Title 18, United States Code Section, 2320(a)

### OBJECT OF THE CONSPIRACY

It was the object of the conspiracy to generate financial gain through the illegal sale of counterfeit merchandise, as defined in Title 18 United States Code Section 2320(a).

It was also the object of the charged conspiracy to promote and intend to promote the carrying on of specified unlawful activity, that is , the conspiracy to traffic and attempt to traffic counterfeit merchandise in violation of Title 18, United States Code Section, 2320(a), by conducting financial transactions with proceeds of the illegal sale of counterfeit merchandise to promote such illegal activity, for financial gain and profit.

### MANNER AND MEANS USED IN FURTHERANCE OF THE CONSPIRACY

The manner and means used to accomplish the objects of the conspiracy included, among others, the following:

1.      It was part of the manner and means of the charged conspiracy that defendant and

their known and unknown co-conspirators would purchase counterfeit watches, knowing that counterfeit marks had been applied thereto, which counterfeit marks are spurious marks identical with and substantially indistinguishable from Cartier®, Breitling®, Bvlgari®, Ferrari®, Hublot®, Omega®, Gucci®, Rado®, Rolex®, genuine marks that were in use and registered on the principal register of the United States Patent and Trademark Office for those goods.

2. It was further part of the conspiracy that the defendant and his co-conspirators would coordinate the transmitting of large amounts of illegal proceeds collected from the illegal sale of counterfeit merchandise using wire transfers through accounts averred in United States banks to banks located in China.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

## COUNTS TWO THROUGH THIRTY TWO

Counts Two through Thirty Two of this Indictment are re-alleged and incorporated herein by reference as if fully set forth here in as overt acts of this Conspiracy to Launder Money, in violation of Title 18, United States Code, 1956 (h).

The following wire transfers were transmitted in furtherance of the conspiracy from an account in the United States to an account outside the United States, that is, Hong Kong,

| Count | Date | Amount/USD ollars | Entry # | Originator BPPR 050-253557 | Beneficiary Hang Seng Bank |
|---|---|---|---|---|---|
| 3 | 10/20/06 | $41,720.00 | 99786 | Originator BPPR050-253557 | Tse Fong Hung 0243291054231 |
| 4 | 02/16/07 | $50,000.00 | 99909 | Originator BPPR050-253557 | Tse Fong Hung 276537750882 |
| 5 | 10/11/07 | $25,000.00 | 99798 | Originator BPPR050-253557 | Tse Fong Hung 276537750882 |

Indictment
N.Y. Canal Street/Palma
page 4

| | | | | | |
|---|---|---|---|---|---|
| 6 | 11/10/07 | $60,000.00 | 99742 | Originator BPPR050-253557 | Tse Fong Hung 276537750882 |
| 7 | 01/13/06 | $50,000 | 99797 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 8 | 02/07/06 | $100,000 | 99903 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 9 | 02/21/06 | $60,000 | 99859 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 10 | 03/24/06 | $30,000 | 99820 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 11 | 04/03/06 | $20,000 | 99864 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 12 | 05/03/06 | $65,000 | 99873 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 13 | 05/24/06 | $60,000 | 99740 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 14 | 06/01/06 | $25,000 | 99902 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 15 | 06/29/06 | $50,000 | 99925 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 16 | 07/31/06 | $15,400 | 99874 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 17 | 08/09/06 | $50,000 | 99810 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 18 | 08/31/06 | $67,638 | 99945 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 19 | 09/01/06 | $35,811 | 99651 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 20 | 09/19/06 | $20,600 | 99824 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 21 | 10/02/06 | $40,000 | 99837 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 22 | 10/31/06 | $70,000 | 99899 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |

Indictment
N.Y. Canal Street/Palma
page 5

| 23 | 05/08/07 | $11,914 | 99889 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| --- | --- | --- | --- | --- | --- |
| 24 | 06/14/07 | $21,170 | 99872 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 25 | 07/23/07 | $40,000 | 99957 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 26 | 08/31/07 | $30,000 | 99920 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 27 | 11/06/07 | $25,000 | 99717 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 28 | 05/15/08 | $40,000 | 99961 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 29 | 06/12/08 | $29,972 | 99958 | Originator BPPR050-253557 | Kai Shing Watch Limited / 33682048594 |
| 30 | 06/23/08 | $33,822 | 99738 | Originator BPPR050-253557 | Sushmaa International Inc. / 8031251423 |
| 31 | 07/03/08 | $10,002 | 99710 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
| 32 | 09/30/08 | $17,000 | 99661 | Originator BPPR050-253557 | Tse Fong Hung / 276537750882 |
|  |  |  |  |  |  |

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts One thru Thirty Two herein, which are re-alleged and incorporated by reference for the purpose of averring forfeitures to the United States of America pursuant to the provisions of Title 18 United States Code, Sections 982, and 2323(b), shall, upon conviction of such offenses charged shall forfeit to the United States all property, real and personal, involved in the offense(s), and all property traceable to such property, wherever located, and in whatever name held, which property includes, but is not limited to, U.S. currency in the total amount of ONE MILLION THREE HUNDRED THOUSAND Dollars ($1,300,000.00).

In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant's up to the value of the above-described property. forfeiture of any other property of said defendant up to the value of the above-described property, including but not limited to:

1) 356 Lembeck Avenue, Jersey City, New Jersey; located in block 1262.2, lot 30, Account number 00505636, Bank Code 672; Map page 0709, Land Desc. 28 x 25X88.85; Bldg Desc: 2S-F-D-2U-H-G2; Sale Date: 06/30/1999; Book: 5464' Page: 12. Registered owner Richard Palma.

2) 40 Clarke Avenue, Jersey City, New Jersey, 07304, Block 1770, lot 25.A; Account 00278374; Bank Code 660; Map page 0912, Land Desc: 16.46X95; Bldg Desc: 2S-F-2U-H; Sale Date: 02/28/2002; Book: 5952, Page: 156. Registered owner, Richard Palma

3) 110 33rd Street # 1-4 Union City, New Jersey, Block: 201, Lot: 3; Acct Num: 484700 Land Desc: 10.478-694 SFBldg Desc: 2BR; Sale Date: 08/18/2006; Book: 7996; Page: 62. Registered owner, Richard Palma.

ROSA EMILIA RODRÍGUEZ-VÉLEZ
United States Attorney

MIGUEL A. FERNANDEZ
Assistant United States Attorney
Chief, Asset Forfeiture/Money Laundering Unit

Date:_____

Date: September 8, 2010

MARITZA GONZÁLEZ-RIVERA
Assistant United States Attorney

Date:_____